UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Johnson, Sheryl,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>Allied Data Corporation,<br><br>　　　　　　　　Defendant. | Civil Action No.: 5:10-cv-00744 (OLG) |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)**

　　Johnson, Sheryl ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 22, 2011

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　By:  　/s/ Diana P. Larson_____
　　　　　　　　　　　　　　　　　　Diana P. Larson
　　　　　　　　　　　　　　　　　　Texas Bar No. 24007799
　　　　　　　　　　　　　　　　　　The Larson Law Office, PLLC
　　　　　　　　　　　　　　　　　　440 Louisiana, Suite 900
　　　　　　　　　　　　　　　　　　Houston, Texas  77002
　　　　　　　　　　　　　　　　　　Telephone:  (713) 221-9088
　　　　　　　　　　　　　　　　　　Facsimile:  (832) 415-9762
　　　　　　　　　　　　　　　　　　Email:  diana@thelarsonlawoffice.com

　　　　　　　　　　　　　　　　　　<u>Of Counsel To:</u>
　　　　　　　　　　　　　　　　　　LEMBERG & ASSOCIATES L.L.C.
　　　　　　　　　　　　　　　　　　A Connecticut Law Firm
　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　Facsimile:  (877) 795-3666
　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 22, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By   /s/ Diana P. Larson
                                                  Diana P. Larson